UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Allan Lewis

      v.       10-mc-94-PB

New Hampshire Judicial Branch

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 7, 2011 for the reasons stated therein.

SO ORDERED.

February 28, 2011       /s/ Paul Barbadoro
       Paul Barbadoro
       United States District Judge

cc:    Allan Lewis, pro se