UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE

Allan Lewis

   v.                                    Case No. 10-mc-94-PB

All Defendants


                              ORDER

   After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 19, 2019.

                                    /s/ Paul J. Barbadoro__
                                    Paul Barbadoro
                                    United States District Judge

Date: April 29, 2019